For the reasons stated, the judgment of the circuit court of Cook County is reversed, and the cause is remanded with directions to set aside the special finding of fact and to enter judgment on the general verdict in favor of plaintiff for $6,000.

Judgment reversed and remanded with directions.

DEMPSEY and MEJDA, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* MAUDELL CARTER, Defendant-Appellant.

(No. 58870;

First District (3rd Division)—January 31, 1974.

PER CURIAM.
DEMPSEY, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (Robert E. Davison, Assistant Appellate Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis and John M. Cutrone, Assistant State's Attorneys, of counsel), for the People.